JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HAFTERLAW**
911 N. Buffalo Drive, Ste. 209
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY MEADOWS, as the Representative of the *Estate of D'Andre Berghardt, Jr.*, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>The **UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT**; **BRIAN LOFTIN**, individually; and **MEAGEN MARTIN**, individually.<br><br>Defendants. | Case No.: 2:14-cv-2188<br><br><br><br><br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO THE MOTIONS TO DISMISS**<br><br>**ORDER** |

     Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-2 of the U.S. District Court for the District of Nevada, Tracy Meadows, as the Representative of the Estate of D'Andre Berghardt, Jr., the Plaintiff, and Defendant United States Department of the Interior Bureau of Land Management ("BLM") respectfully submit this joint stipulation extending until May 22, 2015, the filing deadline for Plaintiff to respond to the Motions to Dismiss filed by Defendants. The parties respectfully state as follows:

1. The United States Department of the Interior Bureau of Land Management filed their Motion to Dismiss on April 28, 2015.
2. The Individual Defendants (Brian Loftin and Meagen Martin) filed their Partial Motion to Dismiss on April 28, 2015.

3. The parties agree that judicial economy and the orderly resolution of this action will be promoted if Plaintiff is given a one (1) week extension to respond.

4. Accordingly, the parties stipulate that Plaintiff will file her responses to Defendants Motions to Dismiss on or before May 22, 2015.

Dated: May 15, 2015

Respectfully Submitted,

**HAFTERLAW**.

By: /s/ Jacob Hafter
JACOB L. HAFTER, ESQ.
Nevada Bar Number 9303
911 N. Buffalo Drive, Ste 209
Las Vegas, Nevada 89128
*Counsel for Plaintiff*

By: /s/ Reginald Skinner
REGINALD M. SKINNER, ESQ.
Nevada Bar Number 9303
Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
*Counsel for Defendants*

| | |
|---|---|
| PATRICK A. ROSE<br>Assistant United States Attorney<br>Nevada Bar No. 5109<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101<br>Tel: (702) 388-6336<br>Fax: (702) 388-6787 | BENJAMIN C. MIZER<br>Acting Assistant Attorney General<br><br>RUPA BHATTACHARYYA<br>Director, Torts Branch |
| DANIEL BOGDEN<br>United States Attorney<br>District of Nevada | C. SALVATORE D'ALLESIO, JR<br>Assistant Director, Torts Branch |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 18, 2015.



911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile