# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY MEADOWS,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>DEPARTMENT OF THE INTERIOR,<br>　　BUREAU OF LAND MANAGEMENT,<br>　　*et al.*,<br><br>　　　　　　　　Defendants. | 2:14-cv-02188-JAD-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw (doc. # 38), filed November 12, 2015.

Plaintiff's counsel requests leave to withdraw as counsel of record for Plaintiff Tracy Meadows. Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." All affected parties have been made aware of the motion, and there is good cause for withdrawal. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's counsel's Motion to Withdraw (doc. # 38) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Tracy Meadows shall have until **Tuesday, December 1, 2015**, to advise the Court if she intends to proceed pro se in this action.

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this order on Plaintiff and file proof of service by **Monday, November 30, 2015**.

//

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Plaintiff to the civil docket:

> Tracy Meadows
> c/o Adrian Meadows
> 5400 Mountain Vista Street, Apt. 1617
> Las Vegas, NV 89120

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Plaintiff at the last known address listed above.

DATED: November 13, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**