1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACY MEADOWS,  )
                )  2:14-cv-02188-JAD-CWH
     Plaintiffs, )
vs.             )  **ORDER**
                )
DEPARTMENT OF THE INTERIOR,  )
     BUREAU OF LAND MANAGEMENT, )
     *et al.*,  )
                )
     Defendants. )
                )

# **BACKGROUND**

On November 13, 2015, the Court entered an order granting Plaintiff's counsel's motion to withdraw as attorney. See Doc. # 40; see also Docs. # 38-39. In its order, the Court directed Plaintiff to inform the Court no later than December 1, 2015 if she intended to proceed pro se in this action. See Doc. # 40. Thereafter, the Court set a telephonic status hearing for December 21, 2015 to discuss the status of this action with the parties. See Doc. # 42. Plaintiff neither advised the Court whether she would be proceeding pro se in this action, nor appeared before the Court at the hearing held on December 21st. See Doc. # 45. Meanwhile, the Court entered an order staying discovery in this case until Plaintiff informed the Court of her intentions, with the Court extending the stay until Plaintiff's status could be determined in this action. See Docs. # 43-# 45. The Court now directs Plaintiff to show cause why she should not be sanctioned, up to and including a recommendation that this case be dismissed for failing to comply with this Court's orders.

//

1   Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall **show cause in writing** why she should not be sanctioned pursuant to, inter alia, the Court's inherent authority, LR IA 4-1, and Fed. R. Civ. P. 16(f), including a recommendation that this case be dismissed for failure to comply with this Court's orders (docs. # 40, # 42). The show cause brief shall be filed by **Thursday, December 31, 2015**.

**IT IS FURTHER ORDERED** that the parties shall appear before this Court on **Tuesday, January 5, 2016 at 9:00 a.m.** in Courtroom 3C, Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, wherein defendants shall show cause why the Court should not impose sanctions pursuant to, inter alia, the Court's inherent authority LR IA 4-1, and Fed. R. Civ. P. 16(f), including a recommendation that this case be dismissed for failure to comply with this Court's orders (docs. # 40, # 42).

**IT IS FURTHER ORDERED THAT, ABSENT A COURT ORDER, THE FAILURE TO FILE A SHOW CAUSE BRIEF AND/OR TO APPEAR AT THE JANUARY 5, 2016 SHOW CAUSE HEARING WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.**

DATED: December 21, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge