**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY MEADOWS, | 2:14-cv-02188-JAD-CWH |
| Plaintiff, | |
| vs. | **Order Adopting Report and Recommendation and Dismissing Case** |
| DEPARTMENT OF THE INTERIOR, *et al.*, | **[ECF 48]** |
| Defendants. | |

Pro se plaintiff Tracy Meadows sues the Department of the Interior and Bureau of Land Management for excessive force. On January 5, 2016, Magistrate Judge Hoffman recommended that I dismiss Meadows's action for failing to comply with his orders.[1] Objections were due January 22, 2016. Meadows filed no objections and did not request an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[ECF 48] is ACCEPTED** and his findings and conclusions are **ADOPTED**;

It is further ORDERED, ADJUDGED, and DECREED that this case is **DISMISSED** without prejudice.[2] The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: January 25, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 48.

[2] All pending motions are DENIED as moot.